122 F.3d 1080
 U.S.
v.
James Lee Trammell Jr., Morris Ramsey, a/k/a 'Fade', Stanley
Quincey Johnson, a/k/a 'Stan', Ossie Orlando McCauley III,
a/k/a 'Lan Lan', James Wayne Higgins, a/k/a 'Charlie
Higgins', Jaja Zambrowski Davis, Michael Dwayne Alvis,
Timothy J. Walker Jr., a/k/a 'Fuju', Nelson Nikitha Fears,
a/k/a 'Buck', Algie Lee Shealey Jr., Jeffrey Q. Shealey,
Donald Fitzgerald Lancaster
 NO. 94-6389
 United States Court of Appeals,
Eleventh Circuit.
 Aug 11, 1997
 M.D.Ala., 107 F.3d 23
 
 1
 DENIALS OF REHEARING EN BANC.